

**Casey M. Kraning**
Principal
kraning@fr.com
T: 302 778 8422

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
Wilmington, DE 19801

T: 302 652 5070
F: 302 652 0607

<u>*VIA ECF*</u>

September 3, 2025

The Honorable Richard G. Andrews
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   *REGENXBIO Inc. et al. v. Sarepta Therapeutics, Inc. et al.*, C.A. 1:23-cv-667-RGA

### Joint Status Report

Dear Judge Andrews:

Pursuant to the Joint Stipulation entered by the parties on March 19, 2024 (D.I. 40), and so-ordered by the Court on March 20, 2024, (D.I. 42), we write on behalf of the parties to provide a joint status report.

The Patent Trial and Appeal Board ("PTAB") granted institution in IPR2024-00580 on August 22, 2024, challenging six claims of U.S. Pat. No. 11,680,274 (claims 1, 3, 4, 5, 6 and 8). On April 23, 2025, Plaintiff REGENXBIO Inc. ("REGENXBIO") disclaimed five of the six challenged claims (claims 1, 3, 4, 5 and 6). On August 20, 2025, the PTAB entered a Final Written Decision, finding claim 8, the sole remaining challenged claim, not unpatentable.

The parties have met and conferred via email, and have agreed that the stay of the above-captioned case should remain in place until Defendant Sarepta Therapeutics, Inc. ("Sarepta") has exhausted its right to review by the PTAB. The parties have agreed to submit another joint status report to the Court fourteen (14) days after either (a) the PTAB denies Sarepta's requests for review, (b) the PTAB grants and resolves all such requests for review, or (c) the date for Sarepta to request such review from the PTAB expires.

Counsel for the parties are available to discuss this status report at the Court's convenience.

Respectfully submitted,

*/s/ Casey M. Kraning*

Casey M. Kraning (#6298)

cc:   All Counsel of Record (Via ECF and Electronic Mail)

fr.com